IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PHELEISA J. WOODS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00788-SWW |
| | * | |
| | * | |
| NORTH LITTLE ROCK SCHOOL | * | |
| DISTRICT, A Public Body Corporate, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff's unopposed motion [doc.#15] for a continuance and to reestablish the discovery and motions deadlines is hereby granted. The Final Scheduling Order entered August 9, 2013 [doc.#13] is hereby vacated. The Court will issue an Amended Final Scheduling Order in due course.

IT IS SO ORDERED this 10th day of February 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE