IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| PHELEISA J. WOODS, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:12-cv-00788-SWW |
| | * |
| | * |
| NORTH LITTLE ROCK SCHOOL | * |
| DISTRICT, A Public Body Corporate, | * |
| | * |
| Defendant. | * |

ORDER

On June 16, 2014, the defendant filed in camera and under seal a motion for summary judgment, brief in support, and statement of material facts [doc.#'s 18, 19, 20]. Defendant did not seek leave of the Court to file these documents under seal even though the protective order approved by the parties and entered by the Court on October 10, 2013 [doc.#14], provides that "[a]ny party desiring to file a document under seal, or requesting that a document or documents be filed under seal, must first obtain leave from the court in order to file the document under seal, or to require that the document or documents be filed under seal."[1]

The Court directs that within seven (7) days of the date of entry of this order, the defendant file a document showing cause why the motion for summary

---

[1] The protective order further provides that "[i]t shall be within the sole discretion of the court to determine whether said document or documents must be filed under seal."

judgment, brief in support, and statement of material facts [doc.#'s 18, 19, 20], should remain under seal, either in whole or in part. Plaintiff is hereby given fourteen (14) days from the date of entry of this order (seven days after defendant's show cause document is due) in which to weigh in on this matter should she so choose.

IT IS SO ORDERED this 18th day of June 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE