IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PHELEISA J. WOODS, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00788-SWW |
| | * | |
| | * | |
| NORTH LITTLE ROCK SCHOOL | * | |
| DISTRICT, A Public Body Corporate, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Having been advised that this matter has settled, the defendant's motion for summary judgment [doc.#18] is denied as moot. As the Court noted in its remark of settlement, the parties are to file an appropriate motion or stipulation of dismissal.

IT IS SO ORDERED this 17th day of December 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE