FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 0 8 2015

IN THE UNITED STATES DISTRICT COURT JAMES W. McCORMACK, CLERK
EASTERN DISTRICT OF ARKANSAS By:_____
WESTERN DIVISION                                    DEP CLERK

PHELEISA J. WOODS                                              PLAINTIFF

VS.                     CASE NO. 4:12-CV-00788 SWW

NORTH LITTLE ROCK SCHOOL DISTRICT
A Public Body Corporate                                        DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that they have settled all issues between them, and

state that this matter should be dismissed **with prejudice**.  Therefore, the Court being well and

sufficiently advised, finds that the parties have settled all issues between them, and that this matter

should be dismissed with prejudice.

IT IS THEREFORE, BY THE COURT, considered, ordered and adjudged that this matter

should be, and is hereby, dismissed with prejudice.

It is so Ordered this _8th_ day of ~~December 2014.~~ January 2015

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
J. Bequette, No. 87012
BEQUETTE & BILLINGSLEY, P. A.

_____
Austin Porter Jr., No. 86145
PORTER LAW FIRM

1

425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469
Telephone: 501-374-1107
Facsimile: 501-374-5092
E-mail: jbequette@bbpalaw.com

COUNSEL FOR DEFENDANT

323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
E-mail: Aporte5640@aol.com

COUNSEL FOR PLAINTIFF